# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD WATKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>Defendant. ) | No. CIV-20-1142-P |

## ORDER

Before the Court is the Report and Recommendation (Doc. No. 24) of Magistrate Judge Gary P. Purcell, wherein he recommends that the action be dismissed as moot because Defendant has reinstated Plaintiff's benefits pending the outcome of his administrative appeal, an argument presented in a response to Plaintiff's Amended Emergency Temporary Restraining Order. Judge Purcell ordered Plaintiff to file a reply brief in support of his position, which Plaintiff failed to do.[1]  (Doc. No. 18). Thereafter Judge Purcell ordered Plaintiff to either file a reply or to show cause why the case should not be dismissed. (Doc. No. 21). Plaintiff filed a document, but it did not address the issues raised by Defendant's response to his prior motion. Accordingly, Judge Purcell ordered Plaintiff to file a Reply not later than March 4, 2021, which Plaintiff failed to do, resulting in the Report and Recommendation issued on March 23, 2021, recommending the dismissal of this action. (Doc. Nos. 22, 24). Despite being advised of his right to file an

---

[1] Plaintiff was also advised that he could voluntarily dismiss the action, but did not avail himself of that opportunity.

objection to the Report and Recommendation, Plaintiff has not objected thereto within the time limits prescribed, nor has he sought an extension of time in which to object. Accordingly, and for the reasons set forth therein, the Report and Recommendation is hereby ADOPTED and this action is dismissed without prejudice.

    **IT IS SO ORDERED** this 19th day of April 2021.

                                                          **DAVID L. RUSSELL**
                                                          **UNITED STATES DISTRICT JUDGE**